UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:25-cv-00449

IN RE:

APPLICATION OF LM PROPERTY
DEVELOPMENT LIMITED AND
MIRKO KOVATS PURSUANT TO 28
U.S.C. § 1782 TO CONDUCT
DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS.

_____

## **NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

This case comes before the Court on an application concurrently filed by Applicants LM Property Development Limited and Mirko Kovats ("Applicants") to seek discovery under 28 U.S.C. § 1782. Pursuant to Local Rule 1.07(c), Applicants hereby disclose the following Section 1782 discovery actions:

1. In Re: Application of LM Property Development Ltd. et al., Case No. 0:22-cv-62185-AHS, Southern District of Florida.

2. In Re: Application of Bahamas Island Consortium Ltd. et al., Case No. 9:22-mc-81962, Southern District of Florida.

3. In Re: Request from the Bahamas, Case No. 22-mc-552-MN-JLH, District of Delaware.

4923-8523-6538.1

4. In Re: Application of Bahamas Island Consortium Ltd. et al., Case No. 6:23-mc-2-WWB-DCI, Middle District of Florida.

5. In Re: Application of LM Property Development Ltd. et al., Case No. 0:24-mc-60622, Southern District of Florida.

6. In Re: Application of LM Property Development Ltd. et al., Case No. 4:25-mc-00015-MW-MAF, Northern District of Florida.

Dated: April 25, 2025

Respectfully submitted,

*/s/ Yameel L. Mercado Robles*
Yameel L. Mercado Robles
FL Bar No.: 1003897
ymercadorobles@bakerlaw.com
Baker & Hostetler LLP
200 S. Orange Ave., Suite 2300
Orlando, FL 32801-3432
(407) 649-4070

*Attorney for Applicants*